MICHAEL J. HARKER, ESQ.
BOGGESS & HARKER
Nevada Bar No. 005353
5550 Painted Mirage Road, Suite #255
Las Vegas, Nevada 89149
(702) 233-5040
Mwonders@boggessharker.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| NARDA NAVARRO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS LLC., a limited liability company, and DOES I through X inclusive.<br><br>Defendants. | CASE NO: 2:11-cv-01557-JCM-LRL |

## ORDER

PURSUANT to the STIPULATION TO EXTEND TIME TO ANSWER MOTION TO DISMISS (FIRST REQUEST) filed and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall have up and through Tuesday, October 25, 2011 to respond to the Motion to Dismiss filed by the Defendant herein.

**IT IS SO ORDERED** October 24, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BOGGESS & HARKER

/s/ Michael J. Harker
**MICHAEL J. HARKER, ESQ.**
5550 Painted Mirage Road, Suite 255
Las Vegas, NV 89149
(702) 233-5040
Attorney for Plaintiff

# # #