1   **MICHAEL J. HARKER, ESQ.**
    BOGGESS & HARKER
2   Nevada Bar No. 005353
    5550 Painted Mirage Road, Suite #255
3   Las Vegas, Nevada 89149
    (702) 233-5040
4   Mwonders@boggessharker.com
    Attorney for Plaintiff
5

6                    **UNITED STATES DISTRICT COURT**

7                      **CLARK COUNTY, NEVADA**

8   NARDA NAVARRO, an individual,          CASE NO: 2:11-cv-01557-JCM-LRL
9                         Plaintiffs,
10  vs.

11  BAC HOME LOANS LLC., a limited liability
    company, and DOES I through X inclusive.
12
                          Defendants.
13

14                           **ORDER**

15          PURSUANT to the STIPULATION TO EXTEND TIME TO ANSWER MOTION TO

16  DISMISS (FIRST REQUEST) filed and for good cause appearing:

17          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall have up and

18  through Tuesday, October 25, 2011 to respond to the Motion to Dismiss filed by the Defendant

19  herein.

20  **IT IS SO ORDERED** October 24, 2011.

21                                        UNITED STATES DISTRICT COURT JUDGE

22  Respectfully submitted by:
    BOGGESS & HARKER
23

24   /s/ Michael J. Harker
    **MICHAEL J. HARKER, ESQ.**
25  5550 Painted Mirage Road, Suite 255
    Las Vegas, NV 89149
26  (702) 233-5040
    Attorney for Plaintiff
27                                        # # #

28                                        1        navarro.stip&ordr10.11.mw.wpd

BOGGESS & HARKER
5550 Painted Mirage Road, Suite #255
Las Vegas, Nevada 89149
(702) 233-5040 - Fax 233-2209