ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NARDA NAVARRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS LLC, a limited liability company, and DOES I through X, inclusive,<br><br>Defendants. | Case No.:  2:11-cv-01557-JCM-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order granting Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP's ("BANA") Motion to Dismiss for Failure to State a Claim and Expunge Lis Pendens on December 1, 2011 [Dkt. 17].

BANA further requests that the lis pendens currently recorded against the subject property by Plaintiff Narda Navarro ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about September 11, 2011, as Document No. 201109010001162 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as Exhibit A and fully incorporated by reference.

/ / /

/ / /

1  UPON CONSIDERATION of BANA's request to cancel the Lis Pendens, and good cause
2  appearing therefore, the Court hereby grants BANA the requested relief and rules as follows:
3      1.    IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby
4  cancelled, released and expunged.
5      2.    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the order
6  canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.
7      3.    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that BANA shall
8  record a properly certified copy of this cancellation order in the real property records of Clark
9  County, Nevada with in a reasonable amount of time form the date of this order's issue.

APPROVED:

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

Dated: March 9, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/  Allison R. Schmidt
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendant Bank of America, N.A.*
*successor by merger to BAC Home Loans Servicing, LP*

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572