1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  ALLISON R. SCHMIDT, ESQ.
   Nevada Bar No. 10743
3  AKERMAN SENTERFITT LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada  89144
   Telephone:     (702) 634-5000
5  Facsimile:     (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: allison.schmidt@akerman.com

7  *Attorneys for Defendant*
   *Bank of America, N.A., successor by merger*
8  *to BAC Home Loans Servicing, LP*

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NARDA NAVARRO, an individual, | Case No.:  2:11-cv-01557-JCM-LRL |
| Plaintiff, | |
| vs. | **ORDER CANCELING LIS PENDENS** |
| BAC HOME LOANS LLC, a limited liability company, and DOES I through X, inclusive, | |
| Defendants. | |

This Court issued an Order granting Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP's ("BANA") Motion to Dismiss for Failure to State a Claim and Expunge Lis Pendens on December 1, 2011 [Dkt. 17].

BANA further requests that the lis pendens currently recorded against the subject property by Plaintiff Narda Navarro ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about September 11, 2011, as Document No. 201109010001162 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as Exhibit A and fully incorporated by reference.

/ / /

/ / /

{23582788;1}                      1

UPON CONSIDERATION of BANA's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants BANA the requested relief and rules as follows:

1.   IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released and expunged.

2.   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that BANA shall record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada with in a reasonable amount of time form the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 9, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/  Allison R. Schmidt
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendant Bank of America, N.A.*
*successor by merger to BAC Home Loans Servicing, LP*

{23582788;1}                    2