ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NARDA NAVARRO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS LLC, a limited liability company, and DOES I through X, inclusive,<br><br>Defendants. | Case No.:  2:11-cv-01557-JCM-LRL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order granting Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP's ("BANA") Motion to Dismiss for Failure to State a Claim and Expunge Lis Pendens on December 1, 2011 [Dkt. 17].

BANA further requests that the lis pendens currently recorded against the subject property by Plaintiff Narda Navarro ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about September 11, 2011, as Document No. 201109010001162 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as Exhibit A and fully incorporated by reference.

/ / /

/ / /

{23582788;1}                                                              1

UPON CONSIDERATION of BANA's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants BANA the requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that BANA shall record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada with in a reasonable amount of time form the date of this order's issue.

APPROVED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE
Dated: March 29, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/  Allison R. Schmidt
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendant Bank of America, N.A.*
*successor by merger to BAC Home Loans Servicing, LP*

{23582788;1}

# Exhibit A

# Exhibit A

{20722455;1}



Fees: $15.00
N/C Fee: $0.00
09/01/2011 09:34:22 AM
Receipt #: 900245
Requestor:
LEGAL WINGS
Recorded By: MGM   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 161-09-111-011
11-digit parcel number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of
Lis Pendens                              14

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested by:**
Boggess + Harker

**Return To:**
Name Michael J. Harker, Esq.
Address 5550 Painted Mirage Rd #255
City/State/Zip Las Vegas NV 89149

This page added to provide additional information required by NRS 111.312 Section 1-2
(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CS 02/07

Electronically Filed
08/24/2011 02:51:10 PM

/s/ [signature]

**CLERK OF THE COURT**

| | |
|---|---|
| 1 | PARCEL NO (161-09-111-011)<br>BOGGESS & HARKER |
| 2 | MICHAEL J. HARKER, ESQ.<br>Nevada Bar No. 005353 |
| 3 | 5550 Painted Mirage Road, Suite 255<br>Las Vegas, Nevada 89149 |
| 4 | (702) 233-5040<br>Attorney for Plaintiff |

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

NARDA NAVARRO, an individual

         Plaintiffs,

vs.

BAC HOME LOANS LLC., a Limited Liability Company, and DOES I through X inclusive,

         Defendants.

CASE NO: A-11-646839-C
DEPT NO: II

**NOTICE OF LIS PENDENS**

NOTICE is hereby given that an action has been commenced and is now pending in this court on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the title to said interest of the parties to be granted to Plaintiff.

The real property in the County of Clark affected thereby is particularly described as follows:

SPYGLASS AT STOMEGATE UNIT #3
PLAT BOOK 39 PAGE 2
LOT 22 BLOCK 1
PARCEL NO. 161-09-111-011

Commonly known as 5260 Coral Vine Way, Las Vegas, NV 89142.

DATED this 24th day of August, 2011.

         BOGGESS & HARKER

         BY: /s/ Michael J. Harker
         **MICHAEL J. HARKER, ESQ.,**
         Nevada State Bar Number 5353
         5550 Painted Mirage Road, Suite 255
         Las Vegas, NV 89149
         Attorney for Plaintiff

BOGGESS & HARKER
7201 W. Lake Mead Blvd. Suite 210
Las Vegas, Nevada 89128
(702) 233-5040 - Fax 233-2209

1

navarro.lispens08.11.mw.wpd